**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Slawson Exploration Company, Inc., | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cv-281 |
| RPM Consulting, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

---

On October 12, 2026, the parties filed a "Joint Motion to Vacate and Reset Mid-Discovery Status Conference and Extend Scheduling Order Deadlines." (Doc. No.30 ).

The court **GRANTS** the parties' joint motion (Doc. No. 30). The pretrial deadlines shall be amended as follows:

(1) The last day to serve written discovery is February 10, 2027;

(2) Discovery motions are due by February 15, 2027;

(3) All fact discovery shall be completed by March 15, 2027;

(4) Plaintiff's expert witness reports are due by April 26, 2027;

(5) Defendant's expert witness are reports due by June 2, 2027;

(6) Rebuttal expert witness reports are due by June 16, 2027;

(7) Expert witness depositions shall be completed by July 14, 2027; and

(8) Dispositive motions are due by October 6, 2027.

The mid-discovery status conference on October 16, 2026, shall be rescheduled for December 16, 2026, at 9:00 AM by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter access code 292466149 followed by # when prompted to enter the "Call ID."

To ensure that there is sufficient time for the court to consider any dispositive motions that may be filed, the court on its own motion shall continue the final pretrial conference and jury trial. Accordingly, the final pretrial conference on December 28, 2027, shall be rescheduled for February 15, 2028, at 9:00 AM by telephone To participate the parties should use same telephone number and access code listed above. The jury trial on January 10, 2028, shall be rescheduled for February 28, 2028, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A seven (7) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court